# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles Samuel Clark,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:05-cv-112

US Postal Service and US Dept. Of Justice,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/28/05 Order.

**Signed: July 29, 2005**

Frank G. Johns, Clerk
United States District Court